# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Jonathan Baumbach,<br><br>                Plaintiff,<br><br>v.<br><br>Jean King, et al.,<br><br>                Defendants. | No. CV-23-02466-PHX-GMS (CDB)<br><br>**ORDER** |

Before the Court is Plaintiff and Defendant Jean King's Stipulation of Dismissal with Prejudice (Doc. 64).

**IT IS ORDERED** granting the parties' Stipulation of Dismissal with Prejudice (Doc. 64).

**IT IS FURTHER ORDERED** that any pending motions are denied as moot.

**IT IS FURTHER ORDERED** dismissing any and all of Plaintiff's claims against Defendant Jean King in this matter with prejudice, each party to bear their own costs and fees.

Dated this 25th day of March, 2025.

_____
G. Murray Snow
Senior United States District Judge